UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTEZ DELANO BAKER,

    Plaintiff,

vs                                                                                 Case No: 10-10774
                                                                             Honorable Victoria A. Roberts

NICK LUDWICK,

    Defendant.
_____/

## ORDER

    Petitioner timely filed objections to the Magistrate's Report and Recommendation, which concluded that this Court should deny his application for a writ of habeas corpus and certificate of appealability.

    The Court conducted a *de novo* review of those portions of the report to which petitioner objected.  Based on that review, the Court accepts all of the findings and recommendations of the Magistrate Judge.

    The application for a writ of habeas corpus is **DENIED**; a certificate of appealability is **DENIED.**

    **IT IS ORDERED**.

                                                      /s/ Vcitoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated:  June 14, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record and Montez Baker by electronic means or U.S. Mail on June 14, 2011.

s/Linda Vertriest
Deputy Clerk